FILED
June 02, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003535523

ROBERT HAWKINS #131159
CHAPTER 7 TRUSTEE
1849 NORTH HELM, SUITE 110
FRESNO, CALIFORNIA 93727
(559) 255-0555

Chapter 7 Trustee

# IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of | Case No. 10-64861-B-7F |
| DONALD WISDOM, JR. and SUSAN WISDOM, | DC No. RHT-1 |
| | **TRUSTEE'S MOTION FOR AUTHORIZATION TO SELL PERSONAL PROPERTY** 11 U.S.C. §363 |
| Debtors. _____/ | Date: July 6, 2011 Time: 10:00 a.m. Dept: B |

**TO THE HONORABLE W. RICHARD LEE, UNITED STATES BANKRUPTCY JUDGE:**

Robert Hawkins respectfully represents:

1. He is the duly appointed, qualified, and acting trustee of the above-entitled estate.

2. The above-captioned case was filed under Chapter 7 on or about December 27, 2010, and Robert Hawkins was appointed Chapter 7 Trustee.

3. This Court has jurisdiction over this proceeding by virtue of 28 U.S.C. §1334(a). This is a "core" proceeding pursuant to 28 U.S.C. §157(b)(2)(A). This motion is brought pursuant to 11 U.S.C. §363.

4. Among the assets of the estate is non exempt equity in a 1974 Chevrolet 1500 parts vehicle with a fair market value of approximately $500.00, a 1976 Chevrolet 1500 parts vehicle with a fair market value of approximately $500.00, a 1999 non-operational Chevy S10 with a fair market

value of approximately $600.00, a 2002 Yamaha 80 Quad with a fair market value of approximately $800.00, a 2003 Suzuki Z400 with a fair market value of approximately $1,200.00, a 2003 Yamaha Banshee with a fair market value of approximately $800.00, a 2006 Yamaha 50 Dirt Bike with a fair market value of approximately $400.00, and a 2006 Yamaha Rhino with a fair market value of approximately $3,350.00 for a total of approximately $8,150.00 in vehicle equity.

5. The Trustee has received an offer from the debtors, Donald Wisdom, Jr. and Susan Wisdom, to purchase the vehicle equity for the total sum of $8,060.00. The funds have been received by the estate.

6. In deciding to accept the proposed offer, the Trustee took into consideration the fair market values of the vehicles and the costs associated with taking possession of, storing, and selling the vehicles at auction. The Trustee does not believe that the estate would net a higher amount from an auction sale of the vehicles.

7. The Trustee believes that sale of the above-described property on the terms set forth above is in the best interest of the creditors of this estate and all parties in interest.

**WHEREFORE**, the Trustee prays that after appropriate notice and opportunity to be heard, he be authorized to sell the above-described assets to the debtors, Donald Wisdom, Jr. and Susan Wisdom, for the total sum of $8,060.00.

**DATED**: JUNE 1, 2011

/S/
ROBERT HAWKINS,
Chapter 7 Trustee